**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ATLAS DATA PRIVACY CORPORATION,** *as assignee of individuals who are Covered Persons*, **JANE DOE-1**, *a law enforcement officer*, **JANE DOE-2**, *a law enforcement officer*, **EDWIN MALDONATO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**FIRST DIRECT, INC., RICHARD ROES 1–10**, *fictitious names of unknown individuals*, **and ABC COMPANIES 1–10**, *fictitious names of unknown entities*,<br><br>**Defendants.** | **No. 3:25-cv-01480**<br><br>**CIVIL ACTION** |

**DISCLOSURE STATEMENT OF DEFENDANT, FIRST DIRECT, INC.,
IN ACCORDANCE WITH FED. R. CIV. P. 7.1**

In accordance with Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant, First Direct, Inc. ("First Direct"), certifies as follows:

1.      First Direct is a Nebraska corporation with its principal place of business in Bellevue, Nebraska. First Direct is therefore a citizen of Nebraska for federal diversity purposes under 28 U.S.C. § 1332(a)(1).

2.      First Direct is a non-governmental corporation.

3.      This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Respectfully submitted,

**FREEMAN MATHIS & GARY, LLP**

Dated: February 26, 2025

s/ *William W. Cheney*
William W. Cheney III, Esq.
NJ Attorney ID: 023102009
Andrew W. Sheppard, Esq.
NJ Attorney ID: 406892022
3 Executive Campus, Suite 350
Cherry Hill, NJ 08003
(856) 406-1268, 1262
wcheney@fmglaw.com
andrew.sheppard@fmglaw.com
*Attorneys for Defendant, First Direct, Inc.*