# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ATLAS DATA PRIVACY CORPORATION,** *as assignee of individuals who are Covered Persons*, **JANE DOE-1,** *a law enforcement officer*, **JANE DOE-2,** *a law enforcement officer*, **EDWIN MALDONATO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,**<br><br>                **Plaintiffs,**<br><br>v.<br><br>**FIRST DIRECT, INC., RICHARD ROES 1–10,** *fictitious names of unknown individuals*, **and ABC COMPANIES 1–10,** *fictitious names of unknown entities*,<br><br>                **Defendants.** | No. 3:25-cv-01480-GC-TJE<br><br>CIVIL ACTION |

## APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY [LOCAL CIVIL RULE 6.1(b)]

Application is hereby made for a Clerk's Order extending time within which defendant **First Direct, Inc.** may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;

2. Service of process purportedly occurred on January 28, 2025;

3. This matter was removed to federal court on February 25, 2025; and

4. Time to answer, move, or otherwise reply expires on March 4, 2025.

                                                Respectfully Submitted,

                                                **FREEMAN MATHIS & GARY, LLP**

Dated: March 5, 2025                    s/ *William W. Cheney*
                                                William W. Cheney III, Esq.
                                                NJ Attorney ID: 023102009
                                                Andrew W. Sheppard, Esq.
                                                NJ Attorney ID: 406892022
                                                3 Executive Campus, Suite 350
                                                Cherry Hill, NJ 08003
                                                (856) 406-1268, 1262
                                                wcheney@fmglaw.com
                                                andrew.sheppard@fmglaw.com
                                                *Attorneys for Defendant, First Direct, Inc.*

## ORDER

      The above application is ORDERED GRANTED. Defendant First Direct, Inc.'s time to answer, move, or otherwise reply is extended to March 18, 2025.

Dated: _____        By:  _____
                                                                     Deputy Clerk